# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Shea, Edward F. | United States District Court | 08/30/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Senior Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

825 Jadwin Avenue, Ste. 320
Richland, WA 99352

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer/Director | ▆▆▆▆▆ . - Corporation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 08/30/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 08/30/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northwestern Mutual Life Insurance - Whole Life Insurance | B | Dividend | L | T | | | | | |
| 2. Northwestern Mutual Life Insurance - Whole Life Insurance | B | Dividend | L | T | | | | | |
| 3. Northwestern Mutual Life Insurance - Whole Life Insurance | B | Dividend | L | T | | | | | |
| 4. Prudential Life Insurance - Whole Life Insurance | A | Dividend | K | T | | | | | |
| 5. South Boston Savings Bank Life Ins - Whole Life Insurance | A | Dividend | J | T | | | | | |
| 6. GESA Credit Union | A | Interest | J | T | | | | | |
| 7. Coins | | None | J | T | | | | | |
| 8. Fishcreek Ltd | | None | | | Sold | 12/31/16 | K | | |
| 9. Art | | None | K | W | | | | | |
| 10. | | | | | | | | | |
| 11. Vanguard Health Care Fund, Admin Personal Acct. | B | Dividend | J | T | | | | | |
| 12. | | | | | | | | | |
| 13. E/ SCHWAB RETIREMENT IRA Pershing rollover to Rochedale (H) | | | | | | | | | |
| 14. KO | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 15. DUK | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 16. ES | | None | J | T | Buy | 05/31/16 | J | | |
| 17. VZ | A | Dividend | J | T | Buy | 05/31/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. HTA | A | Dividend | J | T | Buy | 06/08/16 | J | | |
| 19. MAA | | None | J | T | Buy | 06/08/16 | J | | |
| 20. | | | | | Buy (add'l) | 11/17/16 | J | | |
| 21. RIMOX | D | Dividend | M | T | Buy | 06/01/16 | K | | |
| 22. | | | | | Buy (add'l) | 06/09/16 | K | | |
| 23. | | | | | Buy (add'l) | 06/22/16 | L | | |
| 24. GSK | | None | J | T | Buy | 06/15/16 | J | | |
| 25. HXL | | None | | | Buy | 06/15/16 | J | | |
| 26. | | | | | Sold | 07/18/16 | J | | |
| 27. LAMR | A | Dividend | J | T | Buy | 06/15/16 | J | | |
| 28. | | | | | Buy (add'l) | 06/24/16 | J | | |
| 29. MGA | | None | J | T | Buy | 06/15/16 | J | | |
| 30. MA | | None | J | T | Buy | 06/15/16 | J | | |
| 31. PAYX | | None | J | T | Buy | 06/15/16 | J | | |
| 32. PM | A | Dividend | J | T | Buy | 06/15/16 | J | | |
| 33. TWX | | None | J | T | Buy | 06/15/16 | J | | |
| 34. V | | None | | | Buy | 06/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 07/29/16 | J | A | |
| 36.  DHR | | None | | | Buy | 06/22/16 | J | | |
| 37. | | | | | Sold | 07/29/16 | J | A | |
| 38.  FB | | None | J | T | Buy | 06/22/16 | J | | |
| 39. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 40.  GPT | A | Dividend | J | T | Buy | 06/22/16 | J | | |
| 41.  HON | | None | J | T | Buy | 06/22/16 | J | | |
| 42. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 43. | | | | | Sold (part) | 11/29/16 | J | A | |
| 44.  JNJ | | None | J | T | Buy | 06/22/16 | J | | |
| 45. | | | | | Sold (part) | 07/29/16 | J | A | |
| 46.  LTC | A | Dividend | J | T | Buy | 06/22/16 | J | | |
| 47. | | | | | Buy (add'l) | 11/17/16 | J | | |
| 48.  LMT | | None | J | T | Buy | 06/22/16 | J | | |
| 49.  NNN | A | Dividend | J | T | Buy | 06/22/16 | J | | |
| 50. | | | | | Buy (add'l) | 11/17/16 | J | | |
| 51.  SCG | | None | J | T | Buy | 06/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. TMO | | None | J | T | Buy | 06/22/16 | J | | |
| 53. WMT | | None | J | T | Buy | 06/22/16 | J | | |
| 54. GOOGL | | None | J | T | Buy | 06/24/16 | J | | |
| 55. ABDE | | None | J | T | Buy | 06/24/16 | J | | |
| 56. AWK | | None | J | T | Buy | 06/29/16 | J | | |
| 57. BGS | | None | J | T | Buy | 06/29/16 | J | | |
| 58. CTAS | | None | J | T | Buy | 06/29/16 | J | | |
| 59. | | | | | Buy (add'l) | 10/28/16 | J | | |
| 60. DHR | | None | J | T | Buy | 06/29/16 | J | | |
| 61. | | | | | Buy (add'l) | 12/06/16 | J | | |
| 62. EFX | | None | J | T | Buy | 06/29/16 | J | | |
| 63. XOM | | None | J | T | Buy | 06/29/16 | J | | |
| 64. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 65. LOW | | None | | | Buy | 06/29/16 | J | | |
| 66. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 67. | | | | | Sold | 12/05/16 | J | | |
| 68. PCG | | None | J | T | Buy | 06/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 07/29/16 | J | | |
| 70. SLB | | None | J | T | Buy | 06/29/16 | J | | |
| 71. UNH | | None | J | T | Buy | 06/29/16 | J | | |
| 72. AGR | | None | J | T | Buy | 07/01/16 | J | | |
| 73. | | | | | Buy (add'l) | 11/17/16 | J | | |
| 74. PGX | A | Dividend | J | T | Buy | 07/01/16 | J | | |
| 75. WPC | | None | J | T | Buy | 07/01/16 | J | | |
| 76. BLK | | None | J | T | Buy | 07/11/16 | J | | |
| 77. CVX | | None | | | Buy | 07/11/16 | J | | |
| 78. | | | | | Sold | 07/29/16 | J | | |
| 79. D | | None | J | T | Buy | 07/11/16 | J | | |
| 80. | | | | | Buy (add'l) | 07/14/16 | J | | |
| 81. EPR | A | Dividend | J | T | Buy | 07/11/16 | J | | |
| 82. | | | | | Buy (add'l) | 11/17/16 | J | | |
| 83. GIS | | None | J | T | Buy | 07/11/16 | J | | |
| 84. | | | | | Buy (add'l) | 11/17/16 | J | | |
| 85. SYF | | None | | | Buy | 07/11/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 87. | | | | | Sold | 10/20/16 | J | | |
| 88. VVC | | None | J | T | Buy | 07/11/16 | J | | |
| 89. XEL | | None | J | T | Buy | 07/11/16 | J | | |
| 90. | | | | | Buy (add'l) | 07/17/16 | J | | |
| 91. CELG | | None | | | Buy | 07/14/16 | J | | |
| 92. | | | | | Sold | 07/28/16 | J | A | |
| 93. CINF | | None | J | T | Buy | 07/14/16 | J | | |
| 94. FTV | | None | | | Buy | 07/01/16 | J | | |
| 95. | | | | | Sold | 07/26/16 | J | A | |
| 96. NXPI | | None | J | T | Buy | 07/29/16 | J | | |
| 97. AWK | | None | J | T | Buy | 07/29/16 | J | | |
| 98. TMO | | None | J | T | Buy | 07/29/16 | J | | |
| 99. TWX | | None | J | T | Buy | 07/29/16 | J | | |
| 100. PNC | | None | J | T | Buy | 10/20/16 | J | | |
| 101. --BAC (IRA) | A | Dividend | | | Sold | 06/22/16 | L | D | |
| 102. Glycomimetics (X) | | None | | | Sold | 03/31/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Ferrell Gas | A | Distribution | | | Sold | 06/22/16 | K | | |
| 104. FBSOX | | None | M | T | | | | | |
| 105. Pentair | A | Dividend | | | Sold | 05/31/16 | K | | |
| 106. Prudential (PRU) | A | Dividend | | | Sold | 03/31/16 | J | A | |
| 107. PIMCO PAAIX | A | Dividend | | | Sold | 03/31/16 | L | B | |
| 108. Rare Elements | | None | | | Sold | 03/31/16 | J | A | |
| 109. SPHD | A | Dividend | | | Sold | 05/31/16 | L | D | |
| 110. STEM CELLS | | None | | | Sold | 03/31/16 | J | A | |
| 111. --US Bank | A | Dividend | | | Sold | 06/22/16 | L | | |
| 112. --Vanguard Health Care Fund (IRA) | A | Distribution | | | Sold | 06/08/16 | K | C | |
| 113. Schwab cash reserves to Pershing Gov't Fund Roll over | A | Interest | L | T | | | | | |
| 114. | | | | | | | | | |
| 115. M/RETIREMENT ACCOUNT (H) | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. Pershing Gov't Roll Over transferred to Rochedale | | None | O | T | | | | | |
| 118. | | | | | | | | | |
| 119. M/IRA - Pershing transferred to Rochedale (H) 05/20/16 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. HCN | A | Dividend | J | T | Buy | 05/20/16 | J | | |
| 121. WFC | | None | | | Buy | 05/20/16 | J | | |
| 122. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 123. | | | | | Sold | 10/04/16 | J | A | |
| 124. VGR | A | Dividend | J | T | Buy | 05/20/16 | J | | |
| 125. TWX | | None | J | T | Buy | 05/20/16 | J | | |
| 126. PHM | | None | J | T | Buy | 05/20/16 | J | | |
| 127. MGA | | None | J | T | Buy | 05/20/16 | J | | |
| 128. LPT | A | Dividend | J | T | Buy | 05/20/16 | J | | |
| 129. HXL | | None | | | Buy | 05/20/16 | J | | |
| 130. | | | | | Sold | 07/18/16 | J | | |
| 131. GILD | | None | | | Buy | 05/20/16 | J | | |
| 132. | | | | | Sold (part) | 07/21/16 | J | | |
| 133. | | | | | Sold | 08/30/16 | J | A | |
| 134. EW | | None | J | T | Buy | 05/20/16 | J | | |
| 135. | | | | | Sold | 07/29/16 | J | A | |
| 136. | | | | | Buy | 12/19/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Shea, Edward F. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. CNSL | A | Dividend | J | T | Buy | 05/20/16 | J | | |
| 138. BKU | | None | | | Buy | 05/20/16 | J | | |
| 139. | | | | | Buy (add'l) | 06/29/16 | J | | |
| 140. | | | | | Sold | 07/29/16 | J | A | |
| 141. AIG | | None | J | T | Buy | 05/20/16 | J | | |
| 142. CME | | None | J | T | Buy | 05/20/16 | J | | |
| 143. | | | | | Buy (add'l) | 05/26/16 | J | | |
| 144. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 145. AAPL | | None | J | T | Buy | 05/31/16 | J | | |
| 146. | | | | | Sold (part) | 07/28/16 | J | A | |
| 147. CVS | | None | | | Buy | 05/31/16 | J | | |
| 148. | | | | | Buy (add'l) | 06/29/16 | J | | |
| 149. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 150. | | | | | Sold | 11/23/16 | J | A | |
| 151. RIMOX | D | Dividend | K | T | Buy | 06/01/16 | K | | |
| 152. | | | | | Buy (add'l) | 06/16/16 | K | | |
| 153. MCSA | | None | J | T | Buy | 05/31/16 | J | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. DIS | | None | J | T | Buy | 05/31/16 | J | | |
| 155. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 156. ESS | | None | J | T | Buy | 05/31/16 | J | | |
| 157. HCA | | None | | | Buy | 05/31/16 | J | | |
| 158. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 159. | | | | | Sold | 11/23/16 | J | A | |
| 160. JPM | | None | J | T | Buy | 05/31/16 | J | | |
| 161. MSFT | | None | J | T | Buy | 05/31/16 | J | | |
| 162. | | | | | Sold (part) | 07/29/16 | J | A | |
| 163. SBUX | | None | J | T | Buy | 05/31/16 | J | | |
| 164. AAPL4336441 | | None | J | T | Buy | 06/01/16 | J | | |
| 165. DOW XS | A | Dividend | J | T | Buy | 06/01/16 | J | | |
| 166. HD.GN | A | Dividend | J | T | Buy | 06/01/16 | J | | |
| 167. VZ 4050437 | A | Interest | J | T | Buy | 06/01/16 | J | | |
| 168. RDS.GH | A | Interest | J | T | Buy | 06/07/16 | J | | |
| 169. MAA | | None | J | T | Buy | 06/08/16 | J | | |
| 170. T | A | Interest | J | T | Buy | 06/08/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. BA | | None | | | Buy | 06/08/16 | J | | |
| 172. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 173. | | | | | Sold | 10/28/16 | J | A | |
| 174. CELG | | None | J | T | Buy | 06/08/16 | J | | |
| 175. CL | | None | J | T | Buy | 06/08/16 | J | | |
| 176. HD | | None | J | T | Buy | 06/08/16 | J | | |
| 177. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 178. LLY | | None | J | T | Buy | 06/08/16 | J | | |
| 179. PEP | | None | J | T | Buy | 06/08/16 | J | | |
| 180. PG | A | Dividend | J | T | Buy | 06/08/16 | J | | |
| 181. SIX | A | Dividend | J | T | Buy | 06/08/16 | J | | |
| 182. WAB | | None | | | Buy | 06/08/16 | J | | |
| 183. | | | | | Sold | 07/29/16 | J | | |
| 184. GS 4102993 | A | Interest | J | T | Buy | 06/13/16 | J | | |
| 185. MS 4270142 | A | Interest | J | T | Buy | 06/17/16 | J | | |
| 186. BLK 4107682 | A | Interest | J | T | Buy | 06/20/16 | J | | |
| 187. ORCL 4028187 | | None | J | T | Buy | 06/20/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  C ALY | A | Int./Div. | J | T | Buy | 06/28/16 | J | | |
| 189.  CVX | | None | | | Buy | 06/29/16 | J | | |
| 190. | | | | | Sold | 07/29/16 | J | | |
| 191.  COST | | None | J | T | Buy | 06/29/16 | J | | |
| 192. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 193.  PHM | | None | J | T | Buy | 06/29/16 | J | | |
| 194.  JPM JPF | A | Interest | K | T | Buy | 07/01/16 | K | | |
| 195.  T.KG | A | Interest | K | T | Buy | 07/07/16 | K | | |
| 196.  GE.HFA | A | Dividend | K | T | Buy | 07/07/16 | K | | |
| 197.  BRK 3951474 | | None | J | T | Buy | 07/07/16 | J | | |
| 198. | | | | | Buy (add'l) | 07/11/16 | J | | |
| 199.  CMCS.HI | A | Interest | J | T | Buy | 07/19/16 | J | | |
| 200.  CSCO | | None | | | Buy | 07/21/16 | J | | |
| 201. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 202. | | | | | Sold | 11/23/16 | J | A | |
| 203.  FISV | | None | J | T | Buy | 07/28/16 | J | | |
| 204.  BA | | None | J | T | Buy | 07/29/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. ZTS | | None | J | T | Buy | 08/31/16 | J | | |
| 206. USB | | None | J | T | Buy | 10/04/16 | J | | |
| 207. RTN | | None | J | T | Buy | 10/28/16 | J | | |
| 208. HTN | | None | J | T | Buy | 11/17/16 | J | | |
| 209. MCD | | None | J | T | Buy | 11/28/16 | J | | |
| 210. STI | | None | J | T | Buy | 11/28/16 | J | | |
| 211. PXD | | None | J | T | Buy | 11/29/16 | J | | |
| 212. VMC | | None | J | T | Buy | 11/29/16 | J | | |
| 213. DOW | | None | J | T | Buy | 12/19/16 | J | | |
| 214. BRK.B | | None | J | T | Buy | 12/19/16 | J | | |
| 215. GS4102993 | | None | K | T | Buy | 06/13/16 | K | | |
| 216. MS4270142 | | None | J | T | Buy | 06/17/16 | J | | |
| 217. BLK4107682 | | None | K | T | Buy | 06/20/16 | K | | |
| 218. BAC 4090046 | A | Interest | J | T | Buy | 07/14/16 | J | | |
| 219. PG.HN | A | Dividend | | | Buy | 05/26/16 | J | | |
| 220. | | | | | Redeemed | 11/03/16 | J | | |
| 221. TGT 4136096 | | None | J | T | Buy | 11/22/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 17 of 21

Name of Person Reporting

Shea, Edward F.

Date of Report

08/30/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  LUK 3683511 | A | Interest | J | T | Buy | 05/24/16 | J | | |
| 223.  PFE 3670301 | A | Interest | J | T | Buy | 05/24/16 | J | | |
| 224.  BUD 4327594 | | None | J | T | Buy | 05/26/16 | J | | |
| 225.  Schwab Money Mkt transferred to Rochedale 3/22/16 | A | Interest | O | T | | | | | |
| 226. | | | | | | | | | |
| 227.  SCHWAB JT ACCOUNT (H) | | | | | | | | | |
| 228.  British Petroleum | B | Dividend | J | T | Buy (add'l) | 05/09/16 | J | | |
| 229. | | | | | Buy (add'l) | 06/07/16 | J | | |
| 230. | | | | | Buy (add'l) | 12/19/16 | J | | |
| 231.  Ferrell - FGP | A | Dividend | J | T | Buy (add'l) | 12/02/16 | J | | |
| 232. | | | | | Buy (add'l) | 12/19/16 | J | | |
| 233. | | | | | | | | | |
| 234.  --Schwab Money Market Fund SWRXX | A | Interest | J | T | | | | | |
| 235.  --Schwab Invest Money Fund (Pers) SWZXX | A | Int./Div. | K | T | | | | | |
| 236.  SHPD | B | Int./Div. | L | T | | | | | |
| 237.  BANK OF AMERICA SAVINGS ACCOUNT | A | Int./Div. | K | T | | | | | |
| 238. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | | | | | |
| 240. | | | | | | | | | |
| 241. | | | | | | | | | |
| 242. | | | | | | | | | |
| 243. | | | | | | | | | |
| 244. | | | | | | | | | |
| 245. | | | | | | | | | |
| 246. | | | | | | | | | |
| 247. | | | | | | | | | |
| 248. | | | | | | | | | |
| 249. | | | | | | | | | |
| 250. | | | | | | | | | |
| 251. | | | | | | | | | |
| 252. | | | | | | | | | |
| 253. | | | | | | | | | |
| 254. | | | | | | | | | |
| 255. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | | | | | |
| 257. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 08/30/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Edward F. Shea**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544